164 F.3d 621
 Christopher Casal, Ron Yeager, Cominick Albanese, Prosper
Cima, Theodore Dima, Donald Potts, Carol Waechter,
Robert Randzio, Mark Szcaecina, Thomas
Joseph, Peter Alfieris
v.
Robert Lund, as Sheriff of Somerset County, Robert Petrone,
as Chief, Eugene Perone, as Ex-Chief, Kenneth Bird, as
Lieutenant, Jeffry Thompson, as Sergeant, Raymond Spiecker,
as Sergeant, Somerset County Sheriff's Department, County of Somerset
 NO. 97-5451
 United States Court of Appeals,
Third Circuit.
 August 07, 1998
 Appeal From: D.N.J. ,No.9605063
 
 1
 Affirmed.